*Gov't filed in open court on 11/16/07*
*(RPG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 07-232-M |
| ANGELA JONES, | : |
| Defendant. | : |

# MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   ____ Crime of violence (18 U.S.C. § 3156)

   ____ Maximum sentence life imprisonment or death

   ____ 10+ year drug offense

   ____ Felony, with two prior convictions in above categories

   ____ Minor victim

   _X_ Possession/ use of firearm, destructive device or other dangerous weapon

   ____ Failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   ____ Serious risk obstruction of justice

   FILED
   NOV 16 2007
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

  __x__  Defendant's appearance as required

  __x__  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/**will not** invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

  ____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

  ____  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

  ____  At first appearance

  __X__  After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

  ____  1. At the time the offense was committed the defendant was:

    ____ (a) on release pending trial for a felony;

    ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    ____ (c) on probation or parole for an offense.

  ____  2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  ____  3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 16th day of November, 2007.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

By: _____
      Douglas E. McCann
      Assistant United States Attorney