## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    :
        :
        Plaintiff,    :
        :
        v.      :    Crim. Action No. 07-232M
        :
ANGELA JONES    :
        Defendant.    :

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Douglas McCann and

enter the appearance of Assistant United States Attorney Shawn A. Weede as counsel of record for

the government in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/Shawn A. Weede         
        Shawn A. Weede
        Assistant United States Attorney

Dated: November 30, 2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim. Action No. 07-232M |
| | : | |
| ANGELA JONES | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on November 30, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Elen Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street
First Federal Plaza, Suite 110
Wilmington, DE 19801


/s/   Jennifer Brown
Jennifer Brown